1036

[No. 36000-1-I.    Division One.    October 7, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN
BERGERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 94-1-00734-8, Richard J. Thorpe, J.,
entered January 19, 1995. *Affirmed in part and remanded*
by unpublished per curiam opinion.

[No. 36074-4-I.    Division One.    October 7, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN
O. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 94-1-01164-7, Paul D. Hansen, J.,
entered January 31, 1995. *Affirmed* by unpublished per
curiam opinion.

[No. 36223-2-I.    Division One.    October 7, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. GLENN
EVANS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-05930-7, JoAnne Alumbaugh, J., entered
March 3, 1995. *Affirmed* by unpublished per curiam
opinion.

[No. 36370-1-I.    Division One.    October 7, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. NATALAO
GALLADO MONTEZUMA, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-06920-7, Patricia H. Aitken, J., entered
March 27, 1995. *Affirmed* by unpublished per curiam
opinion.